UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VLADIMIR A. KIRICHENKO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | NO: 2:16-CV-0395-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 20). The parties represents that this matter has been settled and may be dismissed with prejudice and without attorney fees or costs.

//

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' motion, this matter is **DISMISSED** with prejudice and without costs or fees to either party.

2. All pending motions are **DENIED as moot** and all hearing dates stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** May 4, 2017.



THOMAS O. RICE
Chief United States District Judge